IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-122-D

| | |
|---|---|
| CAROL DALENKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| DONALD W. STEPHENS, et al., | ) |
| | ) |
| Defendants. | ) |

On September 15, 2017, Carol Dalenko filed a motion to not submit or to stay motion for reconsideration pending Rule 11 motion [D.E. 226]. The motion lacks merit and is DENIED.

SO ORDERED. This 11 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge