IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-122-D

CAROL DALENKO,)
)
Plaintiff,)
)
v.)**ORDER**
)
DONALD W. STEPHENS, et al.,)
)
Defendants.)

On November 15, 2017, plaintiff filed an "amendment to motion to invoke 14-day provision under F.R.C.P. 4(a)(5)(c)" [D.E. 232]. Plaintiff's motion is DENIED. Plaintiff's notice of appeal is due November 20, 2017.

SO ORDERED. This 15 day of November 2017.

JAMES C. DEVER III
United States District Judge