IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-122-D

| | |
|---|---|
| CAROL DALENKO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DONALD W. STEPHENS, et al., ) | |
| ) | |
| Defendants. ) | |

On December 11, 2017, Carol Dalenko ("Dalenko") filed a motion for Rule 11 sanctions concerning Wake County's response [D.E. 221] and a supporting memorandum. See [D.E. 238, 239]. On December 29, 2017, Dalenko filed request for documentation prepared by court law clerks or staff attorneys. See [D.E. 240]. The motion [D.E. 238] and the request [D.E. 240] lack merit and are DENIED.

SO ORDERED. This 25 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge